JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>      Plaintiff,<br><br>v.<br><br>MARIO V. RODRIGUEZ, et al.,<br><br>      Defendants. | Case No. CV 18-2497 FMO (PJWx)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motions for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS HEREBY ADJUDGED that:

1. Default judgment is hereby entered in favor of plaintiff Chris Langer. Defendants Mario V. Rodriguez and Jose D. Rodriguez are jointly and severally liable to plaintiff in the amount of $9,070.00 for statutory damages, costs, and attorney's fees. The total amount is allocated as follows:

    A.    Statutory damages in the amount of $4,000.00.

    B.    Attorney's fees in the amount of $4,410.00.

    C.    Costs in the amount of $660.00.

2. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 5th day of February, 2019.

                                                            /s/
                                        Fernando M. Olguin
                                      United States District Judge